FILED
09 MAY -1 PH 2:21
RICHARD...
CLERK, U.S...
NORTHERN D...
...KING
...T COURT
CALIF...



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Joseph Leroy Spiva - #114580

CV 09 80 081 MISC

/

**ORDER TO SHOW CAUSE**

It appearing that Joseph Leroy Spriva has been suspended by the State Bar Court following a criminal conviction effective March 13, 2009.

**IT IS ORDERED**

That respondent show cause in writing on or before June 2, 2009 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Joseph Leroy Spriva
Attorney At Law
19660 Country Road 89
Winters, CA 95694