FILED

JUL 29 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV-09-80081 MISC VRW |
| Joseph Leroy Spiva,<br>State Bar No 114580 | ORDER |

On May 1, 2009, the court issued an order to show cause (OSC) why Joseph Leroy Spiva should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension by the State Bar of California following a criminal conviction, effective March 13, 2009.

The OSC was mailed to Mr Spiva's address of record with the State Bar on May 6, 2009. A written response was due on or before June 2, 2009. No response to the OSC has been filed as of this date.

The court now orders Joseph Leroy Spiva removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

James Leroy Spriva ,

_____/

Case Number: C09-80081 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Leroy Spriva
19660 Country Road 89
Winters, CA 95694

Dated: July 29, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*